UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 FEB 27  AM 10: 10

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| DERRICK LEE WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV411-303 |
| OFFICERS AND OFFICERS OF THE COURTS INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27 day of Feb., 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA