UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DERRICK LEE WALKER, )
)
   Plaintiff, )
v. ) Case No. CV411-303
)
OFFICERS AND OFFICERS )
OF THE COURTS INDIVIDUALLY )
AND IN THEIR OFFICIAL )
CAPACITY, )
)
   Defendants. )

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27 day of Feb., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA